# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>       Plaintiff,<br><br>v.<br><br>FARMSHOP, LLC, et al.,<br><br>       Defendants. | No. 2:21-cv-05050-JAK (MARx)<br><br>**JUDGMENT**<br><br> JS-6 |

1

On October 25, 2021, Plaintiff Andres Gomez ("Plaintiff") filed a Motion for Default Judgment as to his claims against Defendant Farmshop, LLC dba Farmshop Santa Monica ("Defendant"). The Motion was granted on July 6, 2023.

**THEREFORE, IT IS HEREBY ORDERED** that judgment be and hereby is entered as follows against Defendant and in favor of Plaintiff as follows:

1. The Court finds and declares that Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189 ("ADA"), for the purpose of damages under the California Unruh Civil Rights Act, Cal. Civ. Code § 51(f) ("Unruh Act").

2. Defendant shall, within six months of the date of this Order, modify its website to comply with the ADA and Unruh Act.

3. Plaintiff is awarded statutory damages under the Unruh Act in the amount of $4,000, payable by Defendants to the Moore Law Firm, P.C. Trust Account and delivered to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113, within 30 days of this Order.

4. Plaintiff is awarded his attorney's fees and costs in the amount of $3,379.50 payable by Defendant to the Moore Law Firm, P.C. Trust Account and delivered to the Moore Law Firm, P.C., 300 South First Street, Suite 342, San Jose, California 95113, within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: July 13, 2023

John A. Kronstadt
United States District Judge